IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRENDON HICKS,<br><br>Defendant. | 6:23-po-5022-KLD<br>6:23-po-5021-KLD<br><br><br>ORDER |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the arrest warrant is quashed. The U.S. Attorney's Office will contact the Court to set a new date if a resolution is not reached.

Dated this 14th day of September, 2023.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge

1